IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02269-MJW

KEVIN L. MCKINNEY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
T. LAURENCE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Admit Exhibits (Docket No. 24) is denied without prejudice, as there is no pending motion requiring evidence.  Plaintiff may attach the exhibits to any future, and procedurally appropriate, motion.

Date: February 8, 2016