**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02269-MJW

KEVIN L. MCKINNEY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
T. LAURENCE,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ON MOTION TO DISMISS of Magistrate Judge Michael J. Watanabe entered on March 1, 2016 it is

ORDERED that, Defendant's Motion to Dismiss, filed 2/17/2016 [27], is granted. It is

FURTHER ORDERED that, final judgment enter in favor of Defendants Colorado Department of Corrections and T. Laurence and against Plaintiff Kevin L. McKinney. It is

FURTHER ORDERED that, each party pay his or its own fees and costs.


  Dated at Denver, Colorado this 1st day of March, 2016.

                              FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ S. Libid
 S. Libid
 Deputy Clerk