IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02269-MJW

KEVIN L. MCKINNEY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
T. LAURENCE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Alter or Amend Judgment (Docket No. 33) is DENIED.  As the Tenth Circuit has explained:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law.  It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

*Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (internal citations omitted).  Here, Plaintiff has identified no changes in the law or facts, nor anything about his pleadings that the Court has misapprehended.  Although Plaintiff correctly states a number of points of law in his motion, none of them speak to the relevant question: whether CDOC's policy on reducible inguinal hernias violates the Eighth Amendment.  As the Court's order (Docket No. 31) explained, based on the facts as alleged by Plaintiff, both CDOC's policy and its treatment of Plaintiff's hernia are constitutionally adequate as a matter of law.  If Plaintiff believes the Court is in error, Plaintiff's remedy is to appeal to the Tenth Circuit.

Date: April 11, 2016